**Opinion issued July 31, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-26-00774-CV**

————————————

## IN RE 610 BUFFALO CROSSING, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator 610 Buffalo Crossing, LLC has filed petition for writ of mandamus seeking an order directing the trial court to vacate its June 5, 2026 order, to vacate a July 8, 2026 order setting trial, and to take no further action in the underlying case.[1]

---

[1] The underlying case is *610 Buffalo Crossing, LLC v. Neptune Contractors, LLC and Haskin Marketing, LLC*, cause number 1263857, pending in the County Civil Court at Law No. 2 of Harris County, Texas, the Honorable Jim F. Kovach presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.3(l)(1)(B), 52.7(a)(1), 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.